**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-5542-16T3

ATTILIO SANTO VENTURO,

    Plaintiff-Appellant,

v.

DR. DAVID S. WOLKSTEIN and
JOHN GRAZIADEI, D.C.,

    Defendants-Respondents.

_____

Submitted June 26, 2018 - Decided July 11, 2018

Before Judges Simonelli and Koblitz.

On appeal from Superior Court of New Jersey,
Law Division, Union County, Docket No. L-4276-
15.

Alan D. Bell, attorney for appellant.

Vasios, Kelly & Strollo, PA, attorneys for
respondents (Maura Waters Brady, of counsel;
Douglas M. Singleterry, on the brief).

PER CURIAM

    The court being advised by the parties in the above matter

that the issues in dispute have been amicably resolved, the appeal

is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-5542-16T3